MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jason.zummo@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SUNDANCE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-03044-APG-GWF<br><br>SUBSTITUTION OF COUNSEL |

Plaintiff Nationstar Mortgage LLC hereby consent to the substitution of Melanie D. Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this 15 day of February, 2018

NATIONSTAR MORTGAGE LLC

By: *Edward Hy* (signature)

Its: SENIOR ASSISTANT SECRETARY OF LITIGATION SUPPORT AND RESOLUTION ANALYST

44073847;1

Edgar C. Smith, Esq., and Aaron D. Lancaster, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie D. Morgan, Esq. and Jason J. Zummo, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf Plaintiff Nationstar Mortgage LLC.

DATED this 9th day of February, 2018.

WRIGHT, FINLAY & ZAK, LLP

_____
EDGAR C. SMITH, ESQ.
Nevada Bar No. 5506
AARON D. LANCASTER, ESQ.
Nevada Bar No. 10115
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

Melanie D. Morgan, Esq. and Jason J. Zummo, Esq. of the law firm AKERMAN LLP, consents to substitution as counsel of record for Plaintiff Nationstar Mortgage LLC in the place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 9 day of February, 2018.

AKERMAN LLP

_____
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
1625 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 28, 2018

2

44073847;1

## CERTIFICATE OF SERVICE ( FEDERAL COURT)

I HEREBY CERTIFY that on this 27th day of February, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL**, addressed to:

Aaron D Lancaster, Esq.
Edgar C Smith, Esq.
**Wright Finlay & Zak**
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117

*Attorneys for Nationstar Mortgage LLC*

/s/ Doug J. Layne
An employee of AKERMAN LLP

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3

44073847;1