# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No. 2:17-cv-03044-APG-GWF |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO STAY** |
| SUNDANCE HOMEOWNERS ASSOCATION, INC., | (ECF No. 10) |
| Defendant. | |

IT IS ORDERED that plaintiff Nationstar Mortgage LLC's unopposed motion to stay the case **(ECF No. 10) is GRANTED**. This case is **STAYED** pending resolution of the state court proceedings in *Nationstar v. Jackel*, Appeal No. 75040 currently pending before the Supreme Court of Nevada. The parties shall file a status report in this case 30 days after the Supreme Court of Nevada resolves this appeal.

DATED this 29th day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE