# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:17-cv-03044-APG-EJY |
| Plaintiff | **Order for Status Report** |
| v. | |
| SUNDANCE HOMEOWNERS ASSOCIATION, | |
| Defendant | |

I previously stayed this case pending resolution of a related state court action. ECF No. 11. It appears from the Supreme Court of Nevada's docket that the state court appeal was resolved in plaintiff Nationstar Mortgage LLC's favor. *Nationstar Mortgage LLC v. Jackel Properties, et al.*, No. 75040, Order of Reversal and Remand dated March 15, 2019.

IT IS THEREFORE ORDERED that on or before October 31, 2019, plaintiff Nationstar Mortgage LLC shall file a status report regarding the status of this action, including whether the stay should be lifted or the case should be dismissed.

DATED this 3rd day of October, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE